IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**BOBBY MCREYNOLDS**                                                                                          **PLAINTIFF**
**ADC #088361**

**VS.**                                              **4:24-CV-01119-BRW**

**TAMMY DOWNS, Clerk, and**
**ARNOLD, Judge**                                                                                              **DEFENDANTS**

## JUDGMENT

Based on the order entered today, this case is DISMISSED without prejudice.

IT IS SO ORDERED this 20th day of December, 2024.

                                                                  Billy Roy Wilson
                                                    UNITED STATES DISTRICT JUDGE